KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
(785) 825-4674 [Phone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ISABEL I. SPARKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 09-1001-WEB-KMH |
| JO-ANN STORES, INC., | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff Isabel I. Sparks ("Isabel"), for her cause of action against Defendant, Jo-Ann Stores, Inc. ("Jo-Ann"), states and alleges as follows:

**Parties**

1. Isabel is a resident of the State of Kansas and resides at 860 Vassar Drive, Salina, Saline County, Kansas, 67401.

2. Jo-Ann is a corporation with its principal place of business at Salina, Kansas. The resident agent for service of process is The Corporation Company, Inc., 515 South Kansas Avenue, Topeka, Kansas, 66603.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 29 U.S.C. § 626.

**Venue**

4. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5. Isabel is a 78-year-old white female.

6. Between August 2003 and November 2007, Isabel was employed by Jo-Ann Stores, Inc., as a sales clerk in their Salina store.

7. On or around May 17, 2007, Isabel fell and broke her hip while at work.

8. Subsequently, Isabel underwent hip replacement surgery and was unable to return to work until August of 2007.

9. Upon returning to work, Jo-Ann began taking numerous disciplinary actions against Isabel, in the form of verbal and written reprimands.

10. These reprimands alleged that Isabel was short-tempered and rude to customers.

11. Prior to her hip injury in May, Isabel had not been the subject of any disciplinary action, especially with regards to her treatment of customers.

12. On November 17, 2007, Isabel was terminated.

13. Isabel's termination was due to an actual or perceived disability arising from her age and having a hip replaced.

14. Isabel's termination was due to her advanced age.

15. Isabel has exhausted her administrative remedies.

**Theory of Recovery**

## COUNT I
## ADEA

16.     Isabel realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above.

17.     Isabel was subjected to discrimination and termination on account of her age in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 et seq.

## COUNT II
## DISABILITY

18.     Isabel realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above.

19.     Isabel has been subjected to unlawful discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101 et seq., for which she is entitled to damages.

WHEREFORE, Isabel respectfully requests that the Court enter judgment in her favor and against Jo-Ann in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against Jo-Ann; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

RESPECTFULLY SUBMITTED,

/s/ Larry G. Michel
Larry G. Michel          #14067
Karen Q. Couch           #23178
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
ATTORNEYS FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Isabel hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

        /s/ Larry G. Michel
        Larry G. Michel

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D.Kan. Rule 40.2, Isabel designates Wichita, Kansas as the place of Trial.

        /s/ Larry G. Michel
        Larry G. Michel