AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| ISABEL I. SPARKS<br>*Plaintiff*<br>v.<br>JO-ANN STORES, INC.<br>*Defendant* | )<br>)<br>) Civil Action No.   09-1001-WEB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($___), which includes prejudgment interest at the rate of __%, plus post judgment interest at the rate of __%, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Jo-Ann Stores, Inc.  recover costs from the plaintiff Isabel I. Sparks .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with  U. S. District Court Judge  presiding, and the jury has rendered a verdict.

☐ tried by  U. S. District Court Judge  without a jury and the above decision was reached.

☒ decided by  U. S. District Court Judge  on a motion for Summary Judgment.

Date:   Aug 11, 2010

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/  Michelle Jacobs

*Signature of Clerk or Deputy Clerk*